[No. 34599-1-I.   Division One.   September 5, 1995.]

THE UNIVERSITY OF WASHINGTON, *Respondent*, v.
CHRISTINE PATOPEA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-15882-3, Dale B. Ramerman, J., entered
May 5, 1994. *Remanded* by unpublished opinion per
Grosse, J., concurred in by Kennedy, A.C.J., and Pekelis,
J. Pro Tem.

[No. 34795-1-I.   Division One.   September 5, 1995.]

MABEL L. STONE, ET AL., *Appellants*, v. THE
BON/ALLIED STORES CORPORATION, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-21847-1, Robert S. Lasnik, J., entered
May 20, 1994. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Agid and Cox, JJ.

[No. 34812-4-I.   Division One.   September 5, 1995.]

KWANGBAE P. KIM, *Appellant*, v. FREDERICK THOMAS
DORR, ET AL., *Defendants*, METROPOLITAN
PROPERTY & CASUALTY INSURANCE COMPANY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-24937-3, Robert S. Lasnik, J., entered
May 23, 1994. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Baker, C.J., and Grosse, J.